IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02069-ZLW-KLM

BROWN PALACE HOTEL ASSOCIATES LP,

　　　Plaintiff,

v.

BROWN'S PALACE LLC,

　　　Defendant.

## ORDER

The matter before the Court is Plaintiff's Motion To Strike Answer Of Brown's Palace LLC. Plaintiff filed its Complaint in this action on September 25, 2008. On October 14, 2008, Defendant filed a purported Answer to the Complaint; however, the Answer is signed by Sunjia Brown, who is not a licensed attorney. A corporation, including a limited liability corporation, cannot appear *pro se*; it must be represented by an attorney.[1] Absent prompt appearance by an attorney on the corporation's behalf, pleadings may be stricken and default judgment or other sanctions may be imposed against the corporation.[2] Accordingly, it is

ORDERED that Plaintiff's Motion To Strike Answer Of Brown's Palace LLC (Doc. No. 6) is granted. It is

---

[1] See Harrison v. Wahatoyas, LLC, 253 F.3d 552, 556 (10th Cir. 2001).

[2] See D.C.COLO.LCivR 83.3D.

FURTHER ORDERED that the Answer filed October 14, 2008 (Doc. No. 5) is stricken. It is

FURTHER ORDERED that Defendant shall retain an attorney and thereafter file an Answer on or before December 1, 2008. **Absent an appearance by an attorney on Defendant's behalf by December 1, 2008, default judgment may be imposed against Defendant.** The Court is attaching a list of attorney services which may be of assistance.

DATED at Denver, Colorado this   29   day of October, 2008.

BY THE COURT:

s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

Metropolitan Lawyer Referral Service, 899 Logan Street, Suite 408, Denver, CO 80203 (303-831-8000)

Colorado Legal Services (formerly Legal Aid Society), 1905 Sherman Street, 4th Floor, Denver, CO 80203 (303- 837-1313),

Metro Volunteer Lawyers, 1905 Sherman Street, 4th Floor, Denver, CO 80203 (303-830-8210)

Denver Bar Association Low Fee Match Program (303-824-5344 or 303-860-1115)