IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02069-ZLW-KLM

BROWN PALACE HOTEL ASSOCIATES LP,

    Plaintiff,

v.

BROWN'S PALACE LLC,

    Defendant.

---

### ORDER

---

It is ORDERED that Defendant's Motion For Dismissal (Doc. No. 21), filed *pro se*, is stricken because it was not filed by an attorney, and a corporation must be represented by an attorney.[1] It is

FURTHER ORDERED, in consideration of Plaintiff's Renewed Motion For Default And Submission Of Return Of Service (Doc. No. 19), and because to date Defendant has not appeared in this action through counsel, that the Clerk of the Court is directed to enter the default of Defendant Brown's Palace LLC pursuant to Fed. R. Civ. P. 55(a).

DATED at Denver, Colorado this 18th day of February, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] See Harrison v. Wahatoyas, LLC, 253 F.3d 552, 556 (10th Cir. 2001).