IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02069-ZLW-KLM

BROWN PALACE HOTEL ASSOCIATES LP,

    Plaintiff,

v.

BROWN'S PALACE LLC,

    Defendant.

---

## ORDER

---

The matter before the Court is Plaintiff's Motion For Default Judgment (Doc. No. 16).[1]  As the Court has stated repeatedly in this case, a corporation must be represented by an attorney and cannot appear *pro se*.[2]  On October 29, 2008, the Court ordered Defendant to obtain counsel and file an Answer on or before December 1, 2008.  Defendant made a *pro se* request for more time to retain an attorney, and on December 2, 2008, the Court ordered Defendant to obtain counsel and file an Answer on or before January 21, 2009.  The Court advised Defendant that absent an appearance by an attorney on its behalf by January 21, 2009, default judgment may be imposed against Defendant.  No attorney has appeared on Defendant's behalf to date.

---

[1] The present motion and Plaintiff's Motion For Default (later renewed, see Doc. No. 19) were filed together in one document (Doc. No. 16).  In the future, counsel should file a motion for entry of default and a motion for default judgment as two separate documents.  See D.C.COLO.LCivR 7.1 ("[a] motion shall be made in a separate paper.").

[2] See Harrison v. Wahatoyas, LLC, 253 F.3d 552, 556 (10th Cir. 2001).

Therefore, Defendant is in default pursuant to Rule 55 of the Federal Rules of Civil Procedure. Accordingly, it is

ORDERED that Plaintiff's Motion For Default Judgment (Doc. No. 16) is granted. It is

FURTHER ORDERED that Defendant, and its officers, members, owners, directors, affiliates, agents, employees, successors in interest, and all those acting in concert or active participation with them, are permanently ENJOINED from offering or selling any goods or services bearing or in connection with the marks BROWN PALACE, BROWN'S PALACE, or any other mark confusingly similar thereto. It is

FURTHER ORDERED that Defendant shall change its name and remove all signage related to Defendant's facility, and shall withdraw, delete, and/or recall all literature, Internet website use, advertising material, labels, and other items using the name "Brown's Palace". It is

FURTHER ORDERED that a separate judgment will be entered pursuant to Fed. R. Civ. P. 58(a). It is

FURTHER ORDERED that the parties shall pay their own costs and attorney's fees.

DATED at Denver, Colorado, this 3rd day of March, 2009.

BY THE COURT:

*Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court